UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60360-CIV-COHN/SELTZER

MIGUEL BARRANTES,

    Plaintiff,

v.

GALAZY MARBLE, INC., and
ADAURI ANDRADE,

    Defendants.

_____/

### **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint [DE 16]. The Court has considered the motion, the attached Settlement Agreement [DE 16-1], and is otherwise advised in the premises.

The Court concludes that the Settlement Agreement is fair and reasonable in accordance with Lynn's Food Stores v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint [DE 16] is **GRANTED**;

2. The Settlement Agreement [DE 16-1] is **APPROVED**;

3. All claims in the above-captioned action are **DISMISSED with prejudice**;

4. Attorneys' fees and costs will be paid pursuant to the terms of the Settlement Agreement; and

5.  Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of June, 2013.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF